# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __NOV 1 8 2019__

November 15, 2019

BY ECF

The Honorable George B. Daniels
Southern District of New York
500 Pearl Street
New York, NY 10007

NOV 1 8 2019

SO ORDERED

The sentencing is adjourned from December 18, 2019 to February 12, 2020 at 10:00 a.m.

HON. GEORGE B. DANIELS

Re: United States v. Turean Butler
19 Cr 177 (GBD)

Dear Judge Daniels:

The defense writes with the government consent to request the Court adjourn Mr. Butler's sentencing currently scheduled for December 18, 2019 for 60 days. After receiving the draft Presentence Investigation Report, the defense must request additional records in advance of sentencing. The defense respectfully requests the sentencing be set for the week of February 10, 2020. If that week is not possible, then the defense respectfully requests the week of February 3, 2020 or any week starting after March 9, 2020.

Respectfully submitted,

/s/

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSA Emily Johnson, Esq.