UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

TUREAN BUTLER,

                              Defendant.
------------------------------------------------- x

ORDER

19 Crim. 177 (GBD)

GEORGE B. DANIELS, United States District Judge:

    At the Defendant's request, made with the Government's consent, the hearing set for July 20, 2023 is adjourned to September 26, 2023 at 10:00 a.m.

Dated: New York, New York
       July 13, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge