**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

UNITED STATES OF AMERICA,                          :
                                                   :
          -against-                                :          ORDER
                                                   :
TUREAN BUTLER,                                     :          19 Crim. 177 (GBD)
                                                   :
                              Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

GEORGE B. DANIELS, United States District Judge:

        The hearing set for September 26, 2023 at 10:00 a.m. is rescheduled to September 7, 2023,

at 10:00 a.m.

Dated:  New York, New York
        July 31, 2023

                                 SO ORDERED.

                                 GEORGE B. DANIELS
                                 United States District Judge