UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

TUREAN BUTLER,

                      Defendant.

------------------------------------- x

<u>ORDER</u>

19 Crim. 177 (GBD)

GEORGE B. DANIELS, United States District Judge:

At the Defendant's request, made with the Government's consent, the hearing set for September 7, 2023, at 10:00 a.m. is rescheduled to September 7, 2023, at 9:30 a.m.

Dated: New York, New York
       August 1, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge