UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,              :
                                       :
            -against-                  :        ORDER
                                       :
TUREAN BUTLER,                         :        19 Crim. 177 (GBD)
                                       :
                        Defendant.     :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

At the Defendant's request, made with the Government's consent, the hearing set for September 7, 2023 is adjourned to September 28, 2023, at 10:15 a.m.

Dated: New York, New York
       August 28, 2023

                                       SO ORDERED.

                                       *George B. Daniels*
                                       GEORGE B. DANIELS
                                       United States District Judge