# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 26, 2023

**BY ECF**

The Honorable George B. Daniels
Southern District of New York
500 Pearl Street
New York, NY 10007

OCT 3 0 2023

SO ORDERED

The hearing scheduled for November 30, 2023 is adjourned to January 9, 2024 at 10:30 a.m.

*[signature]*
HON. GEORGE B. DANIELS

Re: **United States v. Turean Butler**
**19 Cr 177 (GBD)**

Dear Judge Daniels:

The defense writes with consent of the Government and Probation to request the Court adjourn Mr. Butler's next supervised release hearing, scheduled for Thursday, November 30, 2023 until sometime after January 8, 2024. I will be on leave on November 30, and Mr. Butler appears to be doing well.

According to his Probation Officer, his last two drug tests were negative. He has also completed his intake at his outpatient drug program and has completed multiple sessions. He also is scheduled to meet soon with a re-entry specialist to help him with employment. Thank you for the Court's consideration.

Respectfully submitted,

/s/ *[signature]*

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc: AUSA Emily Johnson, Esq.