**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

-against-

TUREAN BUTLER,

Defendant.

------------------------------------x

ORDER

19 Crim. 177 (GBD)

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is hereby scheduled for July 9, 2024 at 10:00 a.m.

Dated: May 1, 2024
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge