UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TUREAN BUTLER,

        Defendant.

**ORDER**

19 Cr. 177 (GBD)

The arrest warrant submitted to the undersigned by the United States Probation Office on May 31, 2024, which was executed on June 3, 2024, is hereby vacated.

The defendant is to be released from custody immediately.

Date: June 14, 2024
      New York, New York

**SO ORDERED**

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE