

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

July 29, 2025

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Butler*, 19 Cr. 177 (GBD)

Dear Judge Daniels:

    The Government respectfully submits this letter requesting a short adjournment of the conference scheduled for July 29, 2025, in the above-captioned violation of supervised release matter. The Government requested the defendant's production for this conference yesterday, July 28, 2025. Because the request was made after 4:00 p.m., the U.S. Marshals were unable to accommodate the defendant's production. The Government apologizes for the oversight and respectfully requests that the conference be adjourned until the morning of July 31, 2025, when the Government understands that the Court and the parties are available. The Government will ensure that the defendant is produced for the conference at that time.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By: _____
    Emily A. Johnson
    Madison Reddick Smyser
    Assistant United States Attorneys
    (212) 637-2409 / -2381

**SO ORDERED.**
The conference scheduled for July 29, 2025
is adjourned to July 31, 2025 at 10:00 a.m.

_____
Hon. George B. Daniels
July 29, 2025