# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 7, 2025

*Via CM/ECF*
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED**

The conference scheduled for October 9, 2025 is adjourned to October 23, 2025 at 10:00 a.m.

*[signature]* George B. Daniels

OCT 0 8 2025

HON. GEORGE B. DANIELS

Re: *United States v. Turean Butler,*
19 Cr. 177 (GBD)

Dear Judge Daniels,

I write on behalf of the parties regarding the supervised release revocation conference in the above-captioned case that is scheduled for 10:00 a.m. on Thursday, October 9, 2025. The parties understand that Mr. Butler has an appearance in state court on or about October 17, 2025 that is relevant to the parties' discussions over a negotiated resolution to the pending specifications. Accordingly, to afford the parties sufficient time to discuss a resolution, the parties respectfully request that the Court adjourn Thursday's conference to the week of October 20, 2025.

Respectfully submitted,

*[signature]*

Andrew J. Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Emily Johnson